IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR374 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF ACQUITTAL |
| | ) | |
| BEVERLY S. DOANE, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, having pleaded not guilty as to Count I the Information, and the court having found the defendant not guilty of this count,

**IT IS ORDERED**:

1. Judgment of acquittal is entered as to Count I the Information and the defendant is discharged as to that count; and
2. The Information is dismissed.

DATED this 28th day of September, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge